| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973)-677-9000<br>Attorneys for Debtor(s),<br><br>Mark Goldman, Esq. #MG-8019 |

Order Filed on October 18, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

**DAVID BOONE,**

    **Debtor**

Case No. 15-26427

Chapter: 13

Hearing Date: October 11, 2018

Judge: Hon. John K. Sherwood

## ORDER VOIDING AND CANCELLING JUDICIAL LIENS
## PURSUANT TO 11 U.S.C. §§522(f)(1) and (2)(A)

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 18, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page: 2
Debtor(s): **David Boone**
Case No.: **15-26427 - Chapter 13**
Caption: **Order Voiding and Cancelling Judgment Liens Upon Completion of Chapter 13 Plan**

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, Mark Goldman, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that the judicial lien held by Ford Motor Credit Company LLC d/b/a Mazda American Credit. pursuant to a judgment entered in the Superior Court of New Jersey, Union County, Special Civil Part, under Docket No. DC-023544-10, Judgment No. DJ-122986-12, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further,

**ORDERED**, that the judicial lien held by The State of New Jersey, Department of labor, Division of Unemployment and Disability Insurance pursuant to a judgment entered in Mercer County, Judgment No. DJ-124871-12, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further,

**ORDERED**, that the judicial lien held by VANZ, LLC pursuant to a judgment entered in the Superior Court of New Jersey, Union County, Special Civil Part, under Docket No. DC-024687-10, Judgment No. DJ-029995-13, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further,

**ORDERED**, that, upon completion of the Chapter 13 plan, the Clerk of the Superior Court of New Jersey be and hereby is directed to remove the subject judgment liens as a matter of record; and it is further,

**ORDERED**, that a copy of this Order, certified by counsel to be a true copy, may be filed and recorded with the Clerk of the Superior Court of New Jersey and with the County Clerk.