Order Filed on October 18, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973)-677-9000
Attorneys for Debtor(s),

Mark Goldman, Esq. #MG-8019

---

In Re:

**DAVID BOONE,**

                  **Debtor**

Case No. 15-26427

Chapter: 13

Hearing Date: October 11, 2018

Judge: Hon. John K. Sherwood

---

## ORDER VOIDING AND CANCELLING JUDICIAL LIENS
## PURSUANT TO 11 U.S.C. §§522(f)(1) and (2)(A)

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 18, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:       2
Debtor(s):  David Boone
Case No.:   15-26427 - Chapter 13
Caption:    Order Voiding and Cancelling Judgment Liens Upon Completion of Chapter 13 Plan

---

THIS MATTER being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, Mark Goldman, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

ORDERED, that the judicial lien held by Ford Motor Credit Company LLC d/b/a Mazda American Credit. pursuant to a judgment entered in the Superior Court of New Jersey, Union County, Special Civil Part, under Docket No. DC-023544-10, Judgment No. DJ-122986-12, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further,

ORDERED, that the judicial lien held by The State of New Jersey, Department of labor, Division of Unemployment and Disability Insurance pursuant to a judgment entered in Mercer County, Judgment No. DJ-124871-12, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further,

ORDERED, that the judicial lien held by VANZ, LLC pursuant to a judgment entered in the Superior Court of New Jersey, Union County, Special Civil Part, under Docket No. DC-024687-10, Judgment No. DJ-029995-13, is hereby voided in its entirety pursuant to the provisions of 11 U.S.C. §522(f), and it is further,

ORDERED, that, upon completion of the Chapter 13 plan, the Clerk of the Superior Court of New Jersey be and hereby is directed to remove the subject judgment liens as a matter of record; and it is further,

ORDERED, that a copy of this Order, certified by counsel to be a true copy, may be filed and recorded with the Clerk of the Superior Court of New Jersey and with the County Clerk.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-26427-JKS
David Boone                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Oct 18, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db             +David Boone,   2522 Waverly Place,   Scotch Plains, NJ 07076-2056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              Celine P. Derkrikorian    on behalf of Creditor    New York Community Bank njecfmail@mwc-law.com
              David G. Beslow    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee
               for Towd Point Master Funding Trust 2017-PM13 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2017-PM13 rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2017-PM13 sobrien@flwlaw.com
                                                                                             TOTAL: 7