UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Mark Goldman, Esq. #MG-8019
Attorney for Debtor, David Boone

Order Filed on March 13, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

**DAVID BOONE,**

Debtor

Case No.:    15-26427

Chapter:    13

Judge:    John K. Sherwood

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 13, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Mark Goldman, Esq., the applicant, is allowed a fee of $ 977.96 for services rendered and expenses in the amount of $0 for a total of $977.96 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

rev.8/1/15