---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)

Clifford B. Frish, Esq. #CF-2541

---

**Order Filed on May 1, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

**DAVID BOONE**

Case No. 15-26427

Chapter: 13

Judge:   Hon. John K. Sherwood

## ORDER APPROVING TRAIL LOAN MODIFICATION

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: May 1, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page: 2
Debtor(s): David Boone
Case No.: 15-26427 - Chapter 13
Caption: Order Approving Trial Loan Modification

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors, Clifford B. Frish, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby **ORDERED**:

1. The debtor is hereby authorized to enter into a trial loan modification on his first mortgage held and/or serviced by Select Portfolio Servicing under the terms and conditions of the form of trial modification agreement submitted to this Court in support of the within motion for approval.

2. Any material or substantial changes to the trial loan modification as proposed prior to execution of same shall require further Order of this Court.