Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−26427−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Boone
   2522 Waverly Place
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−5301

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/13/19 at 10:00 AM

to consider and act upon the following:

**55** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/24/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

**57** − Certification in Opposition to (related document:55 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/24/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of David Boone. (Beslow, David)

Dated: 5/21/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
David Boone  
    Debtor

Case No. 15-26427-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 21, 2019  
                  Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.  
db         +David Boone,    2522 Waverly Place,    Scotch Plains, NJ 07076-2056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:

       Celine P. Derkrikorian    on behalf of Creditor    New York Community Bank njecfmail@mwc-law.com  
       Clifford B. Frish    on behalf of Debtor David Boone yrodriguez@goldmanlaw.org,  
        cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
       David G. Beslow    on behalf of Debtor David Boone yrodriguez@goldmanlaw.org,  
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
       Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust BOA Legacy 2018 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Mark Goldman    on behalf of Debtor David Boone yrodriguez@goldmanlaw.org,  
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
       Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 rsolarz@kmllawgroup.com  
       Sean M. O'Brien    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 DMcDonough@flwlaw.com

                                                                                               TOTAL: 9