**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
**Chapter 13 Standing Trustee**

IN RE:

   DAVID BOONE

**Order Filed on July 26, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  15-26427 JKS

Hearing Date:  7/25/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 26, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): DAVID BOONE

Case No.: 15-26427

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/25/2019 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan and amended Schedule J by 8/22/2019 as required by Order Approving Loan Modification or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan and amended Schedule J has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
David Boone  
    Debtor

Case No. 15-26427-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 26, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.  
db       +David Boone,   2522 Waverly Place,   Scotch Plains, NJ 07076-2056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:

        Celine P. Derkrikorian    on behalf of Creditor    New York Community Bank njecfmail@mwc-law.com  
        Clifford B. Frish    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org,  
         cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        David G. Beslow    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust BOA Legacy 2018 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Mark  Goldman    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 rsolarz@kmllawgroup.com  
        Sean M. O'Brien    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 DMcDonough@flwlaw.com  
                                                                                                                     TOTAL: 9