Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  15−26427−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    David Boone
    2522 Waverly Place
    Scotch Plains, NJ 07076

Social Security No.:
    xxx−xx−5301

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 18, 2015.

On 8/22/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                    September 27, 2019
Time:                    08:30 AM
Location:                Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 26, 2019
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-26427-JKS
David Boone                                                         Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 26, 2019
                             Form ID: 185          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2019.
```
db          +David Boone,   2522 Waverly Place,    Scotch Plains, NJ 07076-2056
515713877   ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America, NA,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
515713878   +Chase Manhattan Mortga,   Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
515713879   +Chase Manhattan Mortga,   Po Box 24696,    Columbus, OH 43224-0696
515713880   +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
515713885   ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court: Mazda Amer Cr,    Ford Credit,   Po Box 6275,    Dearborn, MI 48121)
515713882   +First Premier Bank,   3820 N Louise Ave,    Sioux Falls, SD 57107-0145
515739827   +Ford Motor Credit Co,   1236 Brace Rd., Ste K,    Cherry Hill NJ 08034-3229
515713884   +Jpm Chase,   Po Box 24696,    Columbus, OH 43224-0696
515713886   +Mazda Amer Cr,   9009 Caruthers Pkwy,    Franklin, TN 37067-1704
515713887   +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
515713888   +Nassau Educators Fcu,   264 E Merrick Rd,    Valley Stream, NY 11580-6034
515713889   +National City Bank,   Po Box94982 Attcreditloan Dipu,    Cleveland, OH 44101-4982
515974572   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of the Treasury,
             Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
515713891   +U S Dept Of Ed/fisl/at,   Attn: Bankruptcy,    61 Forsythe St Room 19t89,
             Atlanta, GA 30303-8928
515713892    U S Dept Of Ed/fisl/at,   Po Box 4222,    Iowa City, IA 52244
517965122   +U.S. Bank Trust National Association,as,    Trustee for Towd Point Master Funding,
             Trust BOA Legacy 2018,   c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
             Salt Lake City, UT 84165-0250
515995456    US Department of Education,   P O Box 16448,    Saint Paul MN 55116-0448
515713893   +Us Dep Ed,   Po Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 00:09:03    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 00:09:00    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr           E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 27 2019 00:08:33    AmeriCredit,
             P.O. Box 183853,   Arlington, TX  76096
515713876   +E-mail/Text: aacbankruptcynotice@affiliated.org Aug 27 2019 00:09:20
             Affiliated Acceptance Corporation,   Po Box 790001,    Sunrise Beach, MO 65079-9001
515713875   +E-mail/Text: aacbankruptcynotice@affiliated.org Aug 27 2019 00:09:20
             Affiliated Acceptance Corporation,   Attn: Customer Service,   Po Box 790001,
             Sunrise Beach, MO 65079-9001
515737472   +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 27 2019 00:08:33
             AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
515713881   +E-mail/Text: bankruptcies@berkshirebank.com Aug 27 2019 00:09:40    First Choice Bank/cws,
             840 Route 33,   Mercerville, NJ 08619-4413
515713883   +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 27 2019 00:08:33    Gm Financial,
             Po Box 181145,   Arlington, TX 76096-1145
515923577    E-mail/Text: bankruptcy@mynycb.com Aug 27 2019 00:07:02    New York Community Bank,
             1801 East 9th Street,   OH99-0222,   Cleveland, OH 44114
515713890    E-mail/Text: bankruptcy@mynycb.com Aug 27 2019 00:07:02    Nycb Mortgage Company,
             P.O. Box 94712,   Cleveland, OH 44101
517435278   +E-mail/Text: jennifer.chacon@spservicing.com Aug 27 2019 00:09:50
             U.S. Bank Trust National Association,   c/o Select Portfolio Servicing Inc.,   PO Box 65250,
             Salt Lake City, UT 84165-0250,   U.S. Bank Trust National Association,
             c/o Select Portfolio Servicing Inc. 84165-0250
517435277    E-mail/Text: jennifer.chacon@spservicing.com Aug 27 2019 00:09:50
             U.S. Bank Trust National Association,   c/o Select Portfolio Servicing Inc.,   PO Box 65250,
             Salt Lake City, UT 84165-0250
                                                                              TOTAL: 12
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515770733*  +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
517965123*  +U.S. Bank Trust National Association,as,    Trustee for Towd Point Master Funding,
             Trust BOA Legacy 2018,   c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
             Salt Lake City, UT 84165-0250
518319147*   US Department Of Education,   PO Box 16448,    Saint Paul, MN 55116-0448
                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Aug 26, 2019
                              Form ID: 185             Total Noticed: 31
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:
        Celine P. Derkrikorian    on behalf of Creditor    New York Community Bank njecfmail@mwc-law.com
        Clifford B. Frish    on behalf of Debtor David   Boone yrodriguez@goldmanlaw.org,
         cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
         bestcase.com
        David G. Beslow    on behalf of Debtor David   Boone yrodriguez@goldmanlaw.org,
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee
         for Towd Point Master Funding Trust BOA Legacy 2018 kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee
         for Towd Point Master Funding Trust 2017-PM13 kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Mark  Goldman    on behalf of Debtor David   Boone yrodriguez@goldmanlaw.org,
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
         Towd Point Master Funding Trust 2017-PM13 rsolarz@kmllawgroup.com
        Sean M. O'Brien    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
         Towd Point Master Funding Trust 2017-PM13 DMcDonough@flwlaw.com
                                                                                    TOTAL: 9
```