Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.: 15−26427−JKS
            Chapter: 13
            Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Boone
   2522 Waverly Place
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−5301

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    12/12/19
Time:    10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman

COMMISSION OR FEES
$1244.45

EXPENSES
$

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: Reduction in the amount of the Pro−Rata distribution.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 1, 2019
JAN:

                                                              Jeanne Naughton
                                                              Clerk

```
United States Bankruptcy Court
      District of New Jersey

In re:                                                          Case No. 15-26427-JKS
David Boone                                                     Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2          Date Rcvd: Nov 01, 2019
                             Form ID: 137             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2019.
db             +David Boone,    2522 Waverly Place,    Scotch Plains, NJ 07076-2056
515713877     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America, NA,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
515713878      +Chase Manhattan Mortga,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
515713879      +Chase Manhattan Mortga,    Po Box 24696,    Columbus, OH 43224-0696
515713880      +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
515713885     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Mazda Amer Cr,    Ford Credit,    Po Box 6275,    Dearborn, MI 48121)
515713882      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
515739827      +Ford Motor Credit Co,    1236 Brace Rd., Ste K,    Cherry Hill NJ 08034-3229
515713884      +Jpm Chase,    Po Box 24696,    Columbus, OH 43224-0696
515713886      +Mazda Amer Cr,    9009 Caruthers Pkwy,    Franklin, TN 37067-1704
515713887      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
515713888      +Nassau Educators Fcu,    264 E Merrick Rd,    Valley Stream, NY 11580-6034
515713889      +National City Bank,    Po Box94982 Attcreditloan Dipu,    Cleveland, OH 44101-4982
515974572     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515713891      +U S Dept Of Ed/fisl/at,    Attn: Bankruptcy,    61 Forsythe St Room 19t89,
                 Atlanta, GA 30303-8928
515713892       U S Dept Of Ed/fisl/at,    Po Box 4222,    Iowa City, IA 52244
517965122      +U.S. Bank Trust National Association,as,    Trustee for Towd Point Master Funding,
                 Trust BOA Legacy 2018,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
515995456       US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
515713893      +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2019 00:27:46      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2019 00:27:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 02 2019 00:27:09      AmeriCredit,
                 P.O. Box 183853,    Arlington, TX 76096
515713876      +E-mail/Text: aacbankruptcynotice@affiliated.org Nov 02 2019 00:28:16
                 Affiliated Acceptance Corporation,    Po Box 790001,    Sunrise Beach, MO 65079-9001
515713875      +E-mail/Text: aacbankruptcynotice@affiliated.org Nov 02 2019 00:28:16
                 Affiliated Acceptance Corporation,    Attn: Customer Service,    Po Box 790001,
                 Sunrise Beach, MO 65079-9001
515737472      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 02 2019 00:27:09
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515713881      +E-mail/Text: bankruptcies@berkshirebank.com Nov 02 2019 00:28:43      First Choice Bank/cws,
                 840 Route 33,    Mercerville, NJ 08619-4413
515713883      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 02 2019 00:27:09      Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
515923577       E-mail/Text: bankruptcy@mynycb.com Nov 02 2019 00:25:26      New York Community Bank,
                 1801 East 9th Street,    OH99-0222,    Cleveland, OH 44114
515713890       E-mail/Text: bankruptcy@mynycb.com Nov 02 2019 00:25:27      Nycb Mortgage Company,
                 P.o. Box 94712,    Cleveland, OH 44101
517435278      +E-mail/Text: jennifer.chacon@spservicing.com Nov 02 2019 00:29:00
                 U.S. Bank Trust National Association,    c/o Select Portfolio Servicing Inc.,    PO Box 65250,
                 Salt Lake City, UT 84165-0250,    U.S. Bank Trust National Association,
                 c/o Select Portfolio Servicing Inc. 84165-0250
517435277       E-mail/Text: jennifer.chacon@spservicing.com Nov 02 2019 00:29:00
                 U.S. Bank Trust National Association,    c/o Select Portfolio Servicing Inc.,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515770733*     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
517965123*     +U.S. Bank Trust National Association,as,    Trustee for Towd Point Master Funding,
                 Trust BOA Legacy 2018,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
518319147*      US Department Of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
                                                                          TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Nov 01, 2019
                               Form ID: 137             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:

      Celine P. Derkrikorian    on behalf of Creditor    New York Community Bank njecfmail@mwc-law.com
      Clifford B. Frish    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      David G. Beslow    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust BOA Legacy 2018 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg     magecf@magtrustee.com
      Mark  Goldman    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 rsolarz@kmllawgroup.com
      Sean M. O'Brien    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 DMcDonough@flwlaw.com

                                                                                                                                 TOTAL: 9