**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
Mark Goldman #MG-8019

*Attorneys for Debtor(s), David Boone*

Order Filed on December 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**DAVID BOONE,**

Debtor

Case No.:  15-26427

Chapter:  13

Judge:  JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 18, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page: 2
Debtor(s): David Boone
Case No.: 15-26427/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $1244.45 for services rendered and expenses in the amount of $0 for a total of $1244.45 of which $0 has already been received by said attorney and of which there is a balance due of $1244.45. The allowance shall be payable:

    xxx    through the Chapter 13 plan as an administrative priority

    ___    outside the plan

The debtor's monthly plan is modified to require a payment of $_____ to allow for payment of the aforesaid fee commencing _____.