| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>Mark Goldman #MG-8019<br><br>Attorneys for Debtor(s), David Boone |

Order Filed on December 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>**DAVID BOONE,**<br><br>Debtor | Case No.: 15-26427<br><br>Chapter: 13<br><br>Judge: JKS |
|---|---|

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 18, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:        2
Debtor(s):   David Boone
Case No.:    15-26427/JKS

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $1244.45 for services rendered and expenses in the amount of $0 for a total of $1244.45 of which $0 has already been received by said attorney and of which there is a balance due of $1244.45. The allowance shall be payable:

   xxx    through the Chapter 13 plan as an administrative priority

   ___    outside the plan

The debtor's monthly plan is modified to require a payment of $_____ to allow for payment of the aforesaid fee commencing _____.

United States Bankruptcy Court
District of New Jersey

In re:  
David Boone  
    Debtor

Case No. 15-26427-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 18, 2019  
                             Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.  
db           +David Boone,    2522 Waverly Place,    Scotch Plains, NJ 07076-2056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:
          Celine P. Derkrikorian    on behalf of Creditor    New York Community Bank njecfmail@mwc-law.com  
          Clifford B. Frish    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org,  
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
          David G. Beslow    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org,  
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust BOA Legacy 2018 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com  
          Marie-Ann  Greenberg    magecf@magtrustee.com  
          Mark Goldman    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org,  
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 rsolarz@kmllawgroup.com  
          Sean M. O'Brien    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 DMcDonough@flwlaw.com  
                                                                                                                                     TOTAL: 9