Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−26427−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Boone
   2522 Waverly Place
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−5301

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after March 9, 2020 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: February 6, 2020
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 15-26427-JKS
David Boone                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin           Page 1 of 1              Date Rcvd: Feb 06, 2020
                       Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.
db              +David Boone,    2522 Waverly Place,    Scotch Plains, NJ 07076-2056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2020 01:10:31     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2020 01:10:26     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

    \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
      Celine P. Derkrikorian    on behalf of Creditor    New York Community Bank njecfmail@mwc-law.com
      Clifford B. Frish    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org,
      cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      David G. Beslow    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org,
      yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust BOA Legacy 2018 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Mark  Goldman    on behalf of Debtor David  Boone yrodriguez@goldmanlaw.org,
      yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 rsolarz@kmllawgroup.com
      Sean M. O'Brien    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13 DMcDonough@flwlaw.com
                                                                                              TOTAL: 10